HARRY LANDRESS, an Infant, etc., by SAMUEL LANDRESS, His Guardian ad Litem, Appellant, v. WILLIAM C. BLOHM and HERMINA BLOHM, Respondents. — The right of a party to a negligence case to examine his adversary for the purpose of proving facts necessary to the examining party's affirmative case

is undoubted. (*Preiss* v. *O'Donohue*, 173 App. Div. 121; *Kessler* v. *North River Realty Co.*, 169 id. 814.) Under the peculiar circumstances of this case such an examination seems not only proper but necessary. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.